1

```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TENNESSEE
```

LARRY BLUE and SANDRA BLUE,

                Plaintiff,

VS.                            NO. 2:17-cv-02273-SHL-cgc

M & J LODGING, LLC, d/b/a LA QUINTA
INN & SUITES MEMPHIS AIRPORT GRACELAND;
LA QUINTA FRANCHISING, LLC; MINESH PATEL;
JAGRUTI PATEL, AND METRO MATERIALS, INC.,

                Defendants.

---

                        DEPOSITION

                           OF

                    DAN L. CHRISTENSEN

                    October 29, 2018


                VICKI J. WEAVER, RPR, RMR
                    P.O. Box 38973
              Germantown, Tennessee  38183
                    (901)237-0640
            TN License #127 - MS License #1435

EXHIBIT E

54

1  the interaction of the sun and the water droplets.
2      Q    So without sunshine you wouldn't have a rainbow
3  effect. There's no impact on the possibility of Legionella
4  being in those droplets, is there?
5      A    I'm sorry?
6      Q    If there's no light to create the rainbow -- is
7  the light on the water somehow significant?
8      A    No, no, no. The rainbow effect was just a
9  visual, hey, I'm seeing a rainbow from this adjacent
10 property and maybe we should look at that as well because
11 that means there's a mist of water.
12     Q    You personally did not observe that because you
13 weren't there, right?
14     A    I did not. I observed a photograph and the site
15 from Google Earth.
16     Q    You talked earlier about taking samples of the
17 water that was in the air and attempting to run tests on
18 that. You also talked about you took samples of water that
19 had come over from the concrete facility. What's the
20 distinction in your mind of those two different sources of
21 testing?
22     A    They were opportunities of source water. We had
23 asked the health department if they could get us access to
24 that site.

55

1  Q    When you say "we," who?
2  A    CTEH, me, I asked the health department if we
3  could get access to the materials plant next door and they
4  said no.  So then Cole and I just came up with what's our
5  best case so we can look at air that's carrying water
6  droplets over.  Because I guess there's two fences, if I'm
7  recalling this right.  There's a fence to the facility and
8  there's a fence around the property and there's a gap in
9  between, so water was collecting in that area.  I don't
10 remember if one was a container and one was just a rivulet
11 running on the ground.  We were really looking for where is
12 a potential source.  So it was a matter of elimination,
13 here's some water, let's sample it.
14 Q    So there were samples of water taken that was on
15 the ground?
16 A    I don't remember the specifics, but I believe so.
17 Q    And no Legionella was detected in those samples?
18 A    That is correct.
19 Q    And no Legionella was detected in the samples of
20 the water that was in the air?
21 A    That's correct, as Pathcon predicted.
22 Q    Let me ask you this.  Do you anticipate providing
23 any type of testimony at this trial as an expert on any
24 subject?

1  had?
2  **A**   As far as recirculating, no.
3  **Q**   Have you ever done any investigations prior to
4  this one related to decorative water features?
5  **A**   Prior to this one, a decorative water feature,
6  no.
7  **Q**   Would you agree that oxygenating water is one of
8  the methods used to remove chlorine from water?
9  **A**   I can't speak to that. I'm not sure. Chlorine
10 removal by oxygen?
11 **Q**   Yes.
12 **A**   It makes sense, but I can't say for sure, though.
13 **Q**   In regard to the water feature that was in the
14 lobby at this La Quinta Inn, did you inquire or did anyone
15 on behalf of CTEH inquire about the maintenance program for
16 that decorative water feature?
17 **A**   I don't have any knowledge about that specific
18 water feature.
19 **Q**   Isn't it true that Legionella is very commonly
20 present in the environment generally?
21 **A**   Yes, there are a number of Legionella species. I
22 think there's only one that actually causes the pneumophila
23 that's related to the Legionnaires Disease.
24 **Q**   And in order for it to actually infect someone it

1   has to grow or colonize to a concentration high enough to
2   infect an individual, correct?
3       **A**     I would have to infer that from the guidance on
4   colony forming units in a sample that the reason those
5   levels are there is because there's an increased risk beyond
6   certain levels of colony forming units and a decreased risk
7   below.  So from a human health perspective there's obviously
8   some level of colonization that matters.
9       **Q**     As a certified industrial hygienist would you
10  agree that in addition to that factor the stint, meaning the
11  time frame of exposure, is also a factor in whether or not
12  someone might be infected with Legionella?
13      **A**     As an industrial hygienist in all factors, time
14  of exposure, concentration, duration, all of those things
15  matter when it comes to occupational illnesses and diseases.
16                  Biologicals are a bit different because
17  they are alive, so they require an acceptable host.  So you
18  can be damaged by noise because you have ears, but getting a
19  biological infection depends a lot on the person.  This is
20  why we see things like the young and the sick tend to be
21  more susceptible to some infections than someone who is
22  robust and healthy.  So not all concentrations affect the
23  same way.
24      **Q**     But the concentration and time of exposure is

70

1   Berkowitz and I represent La Quinta Franchising, the
2   corporate entity.  Let's go back.  You mentioned earlier you
3   had a conversation with the health department about testing
4   the concrete plant next door?
5       A    Yes.
6       Q    Do you remember when that conversation took
7   place?
8       A    I don't.  It was in course of conversations back
9   and forth.
10      Q    Was there an immediate response, no, or was there
11  a delay where they maybe had a conversation with the
12  concrete plant?
13      A    I don't know.  I don't recall if it was an
14  immediate no.  It's been a while.
15      Q    What do you recall about that conversation?
16      A    The conversation -- and it's hard to remember if
17  it was by phone or by e-mail -- was essentially we've looked
18  at the facility, the samples are coming back negative.
19  We're looking for other sources.  We noticed there's this
20  facility next door with a water spray and we would be
21  interested in getting a sample of that water, too.  And then
22  the request was made can we get access to that site and just
23  sample some water.  I don't recall what the exact response
24  was, but eventually it was, no, we don't want you going over

1  able to take the temperature of.
2      Q    Do you feel like based on those samples you were
3  able to adequately test the concrete plant next door?
4      A    I mean, with scientists more is always better,
5  right? I cannot say it was a thorough investigation. It
6  was cursory at best.
7      Q    Do you think that those samples and the testing
8  results eliminated the concrete plant as a potential source
9  of the bacteria?
10     A    It gave us enough confidence that it wasn't an
11 obvious source. When we're talking about Legionella testing
12 we're looking for colony forming unit concentrations,
13 something far above the minimum detection, which is one,
14 right? Even if I find one colony forming unit, that doesn't
15 indicate a source of disease. It indicates a source of
16 Legionella.
17                If I find something that says 100 colony
18 forming units or 1,000 or 10,000, now I'm talking about
19 source territory. So when everything I'm getting back says
20 zero, that's frustrating. You're willing to talk to your
21 clients and their representatives and say, "Look, we'd like
22 to do this testing, we'd like to do this testing," and they
23 were open to whatever we wanted to do. So even if we were
24 doing something trying to eliminate the concrete plant by

1  done to that room in 123, particularly that showerhead in
2  that intervening four day period?
3      A    I was not.
4           MR. ZACHER: I have no further
5      questions, sir. Thank you.
6                    CROSS EXAMINATION
7  BY MR. WILLET:
8      Q    Mr. Christensen, the exhibit you were just
9  looking at, Exhibit Number 53, do you know what type of test
10 result that is you're looking at there?
11     A    I was trying to look and see if it was a growth
12 or if it was a PCR test.
13     Q    Does it appear to be a PCR test result to you or
14 do you know?
15     A    I can't decipher it right off the top of my head.
16     Q    With respect to the testing that CTEH performed
17 at the hotel, did CTEH perform any PCR tests?
18     A    No.
19     Q    Are PCR tests able to detect Legionella DNA?
20     A    Yes.
21     Q    Does Legionella DNA confirmation tell you whether
22 or not any active Legionella bacteria has been found?
23     A    No.
24     Q    What other information would you need to know to

79

1  determine whether or not a positive PCR resulted in a
2  detection of active Legionella bacteria?
3      A    We would perform a follow-up growth plate
4  analysis to determine if there was viable Legionella.
5            MR. WILLET:  No further
6  questions.
7            FURTHER REDIRECT EXAMINATION
8  BY MR. ZACHER:
9      Q    Mr. Christensen, my question, sir, is isn't it
10 true, sir, that the reason that it's viable is you can grow
11 it on a petri dish, but if it's viable but non-culturable
12 that still can cause Legionnaires Disease, correct?
13           MR. WILLET:  Object to form.
14     A    I don't know the difference or I don't know that
15 that's the case.
16     Q    You don't know from your background, from your
17 education?
18     A    Right, whether or not if it's culturable or if
19 it's non-culturable can it still cause a disease.  It's my
20 understanding that microbial infections are required to be
21 alive in order to cause infections.
22     Q    What's that based upon?  Isn't it true, sir, that
23 if it's viable but it's non-culturable that it can still
24 cause Legionnaires Disease?  In other words, you can't

REPORTER'S CERTIFICATE

STATE OF TENNESSEE:

COUNTY OF SHELBY:

    I, VICKI J. WEAVER, licensed Court Reporter for the State of Tennessee, CERTIFY:

    The foregoing transcript was taken by me at the time and place stated in the foregoing styled cause with the appearances as noted.

    Being a Court Reporter, I then reported the proceedings in Stenotype, and the foregoing pages contain a full, true and correct transcript of my said Stenotype notes then and there taken.

    I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

    WITNESS MY SIGNATURE, this, the 29th day of October, 2018.

*[signature: Vicki J Weaver]*

VICKI J. WEAVER, RPR, RMR
TN License # 127
MS License #1435